# FINANCIAL AFFIDAVIT

S-CJA 23
Rev. 5/98

**IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE**

| IN UNITED STATES | ☐ MAGISTRATE | X DISTRICT | ☐ APPEALS COURT or | ☐ OTHER PANEL (Specify below) | LOCATION NUMBER |
|---|---|---|---|---|---|

IN THE CASE

| USA | v.s. | Kevin Vickers |
|---|---|---|

FOR

AT

PERSON REPRESENTED (Show your full name)

| 1 | X | Defendant—Adult |
|---|---|---|
| 2 | | Defendant - Juvenile |
| 3 | | Appellant |
| 4 | | Probation Violator |
| 5 | | Parole Violator |
| 6 | ☐ | Habeas Petitioner |
| 7 | ☐ | 2255 Petitioner |
| 8 | ☐ | Material Witness |
| 9 | ☐ | Other |

CHARGE/OFFENSE (describe if applicable & check   x Felony   ☐ Misdemeanor

**DOCKET NUMBERS**

Magistrate

District Court

Court of Appeals

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**EMPLOYMENT**

Are you now   ☐ Yes   ☒ No   ☐ Am Self-Employed

Name and address of employer: _____

IF YES, how much do you earn per month? $ _____

IF NO, give month and year of last employment
How much did you earn per month? $ _____

If married is your Spouse employed?   ☐ Yes   ☒ No

IF YES, how much does your Spouse earn per month? $ _____

If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**ASSETS**

**OTHER INCOME**

Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of the form of rent payments, interest, dividends, retirement or annuity payments, or other sources?   ☐ Yes   ☐ No

IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES    RECEIVED   $ _____   SOURCES _____

**CASH**   Have you any cash on hand or money in savings or checking accounts?   ☐ Yes   ☐ No   IF YES, state total amount $ _____

**PROPERTY**

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?   ☐ Yes   ☒ No

IF YES, GIVE THE VALUE AND $ DESCRIBE IT    VALUE   NA   DESCRIPTION

**OBLIGATIONS & DEBTS**

**DEPENDENTS**

MARITAL STATUS
☒ SINGLE
☐ MARRIED
☐ WIDOWED
☐ SEPARATED OR DIVORCED

Total No. of Dependents   3

List persons you actually support and your relationship to them

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|
| Incarcerated | | $ | $ |
| | | $ | $ |
| | | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date)   22 APR 04

SIGNATURE OF DEFENDANT
(OR PERSON REPRESENTED)   Kevin Vickers