# UNITED STATES DISTRICT COURT

### DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

KEVIN VICKERS

**WARRANT FOR ARREST**

Case Number: 04-10115-RCL

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **Kevin Vickers**
                                              Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☒ INDICTMENT ☐ INFORMATION ☐ COMPLAINT ☐ ORDER OF COURT ☐ VIOLATION OF NOTICE ☐ PROBATION VIOLATION PETITION

CHARGING HIM OR HER WITH (brief description of offense)

**possession with intent to distribute and distribution of cocaine base, also known as "crack cocaine" and**

**possession with intent to distribute and distribution of cocaine base, also known as "crack cocaine", in a playground zone**

in violation of Title _____ United States Code, Section(s) 841(a)(1) and 860(a)

Sheila _____        Operations Supervisor
Name of Issuing Officer        Title of Issuing Officer

[signature]        4-14-04    Boston, Ma
Signature of Issuing Officer        Date and Location

Bail fixed at $ _____        BY _____

---

**RETURN**

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE NAMED DEFENDANT
AT _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| | WARRANT EXECUTED BY ARREST/ARRAIGNMENT OF THE DEFENDANT ON 4/30/04 | |
| DATE OF ARREST | | |

THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: _____Kevin Vickers_____

ALIAS: _Kelvin Vickers_____

LAST KNOWN RESIDENCE: __15 Maple Street, #403, Roxbury, MA_____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____ WEIGHT: _____

SEX: _____M_____ RACE: _____

HAIR: _____ EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

_____

INVESTIGATIVE AGENCY AND ADDRESS: _____