UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-CR-10115-RCL |
| | ) | |
| (1)  SPENCER GRAY, | ) | |
| (2)  KARL LAWRENCE PRESCOTT, | ) | |
| (3)  KEVIN VICKERS, | ) | |

## GOVERNMENT'S ASSENTED TO MOTION TO EXCLUDE TIME

Now comes the United States, by its attorneys, Michael J. Sullivan, United States Attorney, and David G. Tobin, Assistant U.S. Attorney, and hereby moves to exclude from all Speedy Trial Act calculations the period of time from August 2, 2004 (the date of the most recent Status Conference) to and including September 16, 2004 (the date of the Final Status Conference) (excludable delay pursuant to 18 U.S.C. § 3161(h)(1)(F) and § 3161(h)(8)(A)). The requested delay is in the interests of justice and outweighs the best interests of the public and the defendant in a speedy trial.  The defendants, through counsel, assented to this request at the Status Conference on August 2, 2004.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
DAVID G. TOBIN
Assistant U.S. Attorney

August 9, 2004

## CERTIFICATE OF SERVICE

I, David G. Tobin, do hereby certify that a copy of the foregoing was served by mail on counsel for the defendants, Thomas Ford, Esq. (for defendant Gray), George Gormley, Esq. (for defendant Prescott), and James Cipoletta, Esq. (for defendant Vickers), on August 10, 2004.

DAVID G. TOBIN
ASSISTANT UNITED STATES ATTORNEY