```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

| | |
|---|---|
| UNITED STATES OF AMERICA | ) CRIMINAL NO. 04-10115-RCL |
| | ) |
| v. | ) VIOLATIONS: |
| | ) |
| 1.  SPENCER GRAY, | ) 21 U.S.C. § 841(a)(1) -- |
| | )    Distribution of Cocaine |
| | )    Base |
| 2.  KARL LAWRENCE PRESCOTT, | ) |
|     and | ) 18 U.S.C. § 2 -- |
| | )    Aiding and Abetting |
| 3.  KEVIN VICKERS, | ) |
|     a/k/a "KELVIN VICKERS", | ) 21 U.S.C. § 860(a) -- |
| | )    Playground Zone Violation |
|     Defendants. | ) |

                      **SUPERSEDING INDICTMENT**

COUNT ONE:   (21 U.S.C. § 841(a)(1) -- Distribution of Cocaine
             Base; 21 U.S.C. § 860(a) -- Playground Zone
             Violation)

The Grand Jury charges that:

On or about July 8, 2003, at Boston, in the District of Massachusetts,

       3.   **KEVIN VICKERS, a/k/a "KELVIN VICKERS,"**

defendant herein, did knowingly and intentionally possess with intent to distribute, and did distribute, a quantity of cocaine base, also known as "crack," a Schedule II controlled substance, within 1,000 feet of the real property comprising the Little Scobie Playground.

All in violation of Title 21, United States Code, Sections 841(a)(1), and 860(a).

<u>COUNT TWO</u>:        (21 U.S.C. § 841(a)(1) -- Distribution of Cocaine
                Base; 21 U.S.C. § 860(a) -- Playground Zone
                Violation; 18 U.S.C. § 2 -- Aiding and Abetting)

The Grand Jury further charges that:

On or about July 10, 2003, at Boston, in the District of Massachusetts,

        1.    **SPENCER GRAY and**
        3.    **KEVIN VICKERS, a/k/a "KELVIN VICKERS,"**

defendants herein, did knowingly and intentionally possess with intent to distribute, and did distribute, a quantity of cocaine base, also known as "crack," a Schedule II controlled substance, within 1,000 feet of the real property comprising the Little Scobie Playground.

All in violation of Title 21, United States Code, Sections 841(a)(1), and 860(a), and Title 18, United States Code, Section 2.

**COUNT THREE:**   (21 U.S.C. § 841(a)(1) -- Distribution of Cocaine
Base; 21 U.S.C. § 860(a) -- Playground Zone
Violation; 18 U.S.C. § 2 -- Aiding and Abetting)

The Grand Jury further charges that:

On or about July 29, 2003, at Boston, in the District of Massachusetts,

### 1.   SPENCER GRAY,

defendant herein, did aid and abet another person known to the Grand Jury in knowingly and intentionally possessing with intent to distribute, and in distributing, a quantity of cocaine base, also known as "crack," a Schedule II controlled substance, within 1,000 feet of the real property comprising the Little Scobie Playground.

All in violation of Title 21, United States Code, Sections 841(a)(1), and 860(a), and Title 18, United States Code, Section 2.

<u>COUNT FOUR</u>:    (21 U.S.C. § 841(a)(1) -- Distribution of Cocaine Base; 18 U.S.C. § 2 -- **Aiding and Abetting**)

The Grand Jury further charges that:

On or about September 24, 2003, at Boston, in the District of Massachusetts,

**1.    SPENCER GRAY,**

defendant herein, and another person known to the Grand Jury, did knowingly and intentionally possess with intent to distribute, and did distribute, a quantity of cocaine base, also known as "crack," a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and, and Title 18, United States Code, Section 2.

<u>COUNT FIVE</u>:     (21 U.S.C. § 841(a)(1) -- **Distribution of Cocaine Base**; 21 U.S.C. § 860(a) -- **Playground Zone Violation**; 18 U.S.C. § 2 -- **Aiding and Abetting**)

The Grand Jury further charges that:

On or about November 6, 2003, at Boston, in the District of Massachusetts,

    1.    **SPENCER GRAY and**
    2.    **KARL LAWRENCE PRESCOTT,**

defendants herein, did, together with another person known to the Grand Jury, knowingly and intentionally possess with intent to distribute, and did distribute, a quantity of cocaine base, also known as "crack," a Schedule II controlled substance, within 1,000 feet of the real property comprising the Little Scobie Playground.

All in violation of Title 21, United States Code, Sections 841(a)(1), and 860(a), and Title 18, United States Code, Section 2.

<u>COUNT SIX</u>:      (21 U.S.C. § 841(a)(1) -- **Distribution of Cocaine Base**; 18 U.S.C. § 2 -- **Aiding and Abetting**)

The Grand Jury further charges that:

On or about November 13, 2003, at Boston, in the District of Massachusetts,

1.   **SPENCER GRAY,**

defendant herein, did aid and abet other persons known to the Grand Jury in knowingly and intentionally possessing with intent to distribute, and in distributing, a quantity of cocaine base, also known as "crack," a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and Title 18, United States Code, Section 2.

<u>COUNT SEVEN</u>:    (21 U.S.C. § 841(a)(1) -- Distribution of Cocaine
Base; 21 U.S.C. § 860(a) -- Playground Zone
Violation)

The Grand Jury further charges that:

On or about November 14, 2003, at Boston, in the District of Massachusetts,

**1.    SPENCER GRAY,**

defendant herein, did knowingly and intentionally possess with intent to distribute, and did distribute, a quantity of cocaine base, also known as "crack," a Schedule II controlled substance, within 1,000 feet of the real property comprising the Little Scobie Playground.

All in violation of Title 21, United States Code, Sections 841(a)(1), and 860(a).

## **NOTICE OF ADDITIONAL FACTORS**

The Grand Jury further charges that:

(1) In connection with Counts 2,3,4,5,6, and 7, and relevant conduct as described in U.S.S.G. § 1B1.3, Defendant SPENCER GRAY is responsible for at least 5 grams but less than 20 grams of cocaine base, also known as "crack" cocaine, a Schedule II controlled substance. Accordingly, U.S.S.G. § 2D1.1(c)(7) is applicable to the defendant.

(2) In connection with Count 5, and relevant conduct as described in U.S.S.G. § 1B1.3, Defendant KARL PRESCOTT is responsible for at least 2 grams but less than 3 grams of cocaine base, also known as "crack" cocaine, a Schedule II controlled substance. Accordingly, U.S.S.G. § 2D1.1(c)(10) is applicable to the defendant.

(3) In connection with Counts 1 and 2, and relevant conduct as described in U.S.S.G. § 1B1.3, Defendant KEVIN VICKERS a/k/a "KELVIN VICKERS" is responsible for at least 500 milligrams but less than 1 gram of cocaine base, also known as "crack" cocaine, a Schedule II controlled substance. Accordingly, U.S.S.G. § 2D1.1(c)(12) is applicable to the defendant.

(4) At the time Defendant KEVIN VICKERS a/k/a/ "KELVIN VICKERS" committed the offenses charged in this Indictment, he was at least 18 years old and he had at least two prior felony convictions of either a crime of violence or a controlled


substance offense. Accordingly, U.S.S.G. § 4B1.1 applies to the defendant.

**A TRUE BILL**

_____
FOREPERSON OF THE GRAND JURY


_____
DAVID G. TOBIN
ASSISTANT U.S. ATTORNEY



    DISTRICT OF MASSACHUSETTS: October 28, 2004

  Returned into the District Court by the Grand Jurors and filed.


_____
DEPUTY CLERK

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |

**Place of Offense:**   Category No. __II__   Investigating Agency __DEA__

City __Boston__   **Related Case Information:**

County __Suffolk__   Superseding Ind./ Inf. __Yes__   Case No. __04-CR-10115-RCL__
Same Defendant __X__   New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __Spencer Gray__   Juvenile:   ☐ Yes   ■ No

Alias Name _____

Address __16 North Charlemagne Street, Roxbury, MA__

Birthdate: __1979__   SS # __-9849__   Sex: __Male__   Race __African-American__   Nationalit __US__

**Defense Counsel if known:**   __Thomas J. Ford__   Address __141 Tremont St., Suite 400__

Bar Number _____   __Boston, MA 02111__

**U.S. Attorney Information:**

AUSA __David G. Tobin__   Bar Number if applicable _____

**Interpreter:**   Yes   X No   List language and/or dialect: _____

**Matter to be SEALED:**   Yes   X No

☐ Warrant Requested   X Regular Process   ☐ In Custody

**Location Status:**

Arrest Date __April 15, 2004__

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody   ☐ Serving Sentence   ☐ Awaiting Trial
X On Pretrial Release:   Ordered by: __M.J. Bowler__   on __6/24/2004__

**Charging Document:**   ☐ Complaint   ☐ Information   X Indictment

**Total # of Counts:**   ☐ Petty   ☐ Misdemeanor   X Felony   6

Continue on Page 2 for Entry of U.S.C. Citations

☐   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: October 28, 2004   Signature of AUSA: _/s/ David G. Tobin_
David G. Tobin

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Spencer Gray

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. §§ 841(a)(1) and 860 | Distribution of cocaine base in a playground zone | 2, 3, 5 and 7 |
| Set 2 | 21 U.S.C. § 841(a)(1) | Distribution of cocaine base | 4 and 6 |
| Set 3 | 18 U.S.C. § 2 | Aiding and abetting | 2, 3, 4, 5 and 6 |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

js45.rworrell.wpd

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:**　　　　Category No. __II__　　　Investigating Agency __DEA__

City __Boston__　　　　　　**Related Case Information:**

County __Suffolk__　　　　　Superseding Ind./ Inf. __Yes__　　　Case No. __04-CR-10115-RCL__
　　　　　　　　　　　　　　Same Defendant __C__　　　　　　New Defendant _____
　　　　　　　　　　　　　　Magistrate Judge Case Number _____
　　　　　　　　　　　　　　Search Warrant Case Number _____
　　　　　　　　　　　　　　R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  __Karl Lawrence Prescott__　　　Juvenile:　☐ Yes　■ No

Alias Name  _____

Address  __43 St. Richards Street, Roxbury, MA__

Birthdate: __1983__　SS # __-3745__　Sex: __Male__　Race __African-American__　Nationalit __US__

**Defense Counsel if known:**　__George F. Gormley__　　Address __655 Summer St.__

Bar Number _____　　　　　　　　　　　　　　　　　　　　__Boston, MA 02210__

**U.S. Attorney Information:**

AUSA __David G. Tobin__　　　　　　Bar Number if applicable _____

**Interpreter:**　　Yes　　X No　　List language and/or dialect: _____

**Matter to be SEALED:**　　Yes　　No

　　Warrant Requested　　　　X Regular Process　　　　In Custody

**Location Status:**

Arrest Date　　__4/15/04__

X Already in Federal Custody as of　__4/15/04__　in　__U.S. Marshal Service__ .
☐ Already in State Custody　　Serving Sentence　　☐ Awaiting Trial
☐ On Pretrial Release:　Ordered by: _____　on _____

**Charging Document:**　　Complaint　　☐ Information　　X Indictment

**Total # of Counts:**　　☐ Petty ———　☐ Misdemeanor ———　X Felony 5

Continue on Page 2 for Entry of U.S.C. Citations

☐　I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __October 28, 2004__　　Signature of AUSA: _____
　　　　　　　　　　　　　　　　　　　　　　　　　David G. Tobin

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    Karl Lawrence Prescott

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 U.S.C. §§ 841(a)(1) and 860 | Distribution of cocaine base in a playground zone | 5 |
| Set 2 | 18 U.S.C. § 2 | Aiding and abetting | 5 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

js45.rworrell.wpd

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:**       Category No. __II__       Investigating Agency __DEA__

City __Boston__       **Related Case Information:**

County __Suffolk__       Superseding Ind./ Inf. __Yes__       Case No. __04-Cr-10115-RCL__
                        Same Defendant __X__       New _____
                        Magistrate Judge Case Number _____
                        Search Warrant Case Number _____
                        R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __Kevin Vickers__       Juvenile:   ☐ Yes   ■ No

Alias Name __Kelvin Vickers__

Address __15 Maple Street, #403, Roxbury, MA__

Birthdate: __1980__   SS # __-1356__   Sex: __Male__   Race __African-American__   Nationality __US__

**Defense Counsel if known:** __James J. Cipoletta__   Address __Citizens Bank Bilding__

Bar Number _____       __385 Broadway, Suite 307, Revere, MA__

**U.S. Attorney Information:**

AUSA __David G. Tobin__       Bar Number if applicable _____

Interpreter:   Yes   X No       List language and/or dialect: _____

**Matter to be SEALED:**       Yes   X No

   Warrant Requested       ☐ Regular Process       X   In Custody

**Location Status:**

Arrest Date   __Not arrested, in State custody__

☐ Already in Federal Custody as of _____ in _____
X Already in State Custody       X   Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**   Complaint   ☐ Information   X Indictment

**Total # of Counts:**   ☐ Petty ——   ☐ Misdemeanor ——   X Felony 2

Continue on Page 2 for Entry of U.S.C. Citations

☐   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __October 28, 2004__       Signature of AUSA: _[signature]_
                              aDid G. Tobin

JS 45 (5/97)  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    Kevin Vickers

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. §§ 841(a)(1) and 860 | Distribution of cocaine base in a playground zone | 1 and 2 |
| Set 2 | 18 U.S.C. § 2 | Aiding and abetting | 2 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

js45.rworrell.wpd