UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**UNITED STATES OF AMERICA**

V.                                           CRIMINAL NO. 04-10115-RCL

**KEVIN VICKERS**

### KEVIN VICKERS' MOTION TO JOIN KARL PRESCOTT'S
### MOTION TO DISMISS INDICTMENT WITH PREJUDICE

Now comes the defendant, Kevin Vickers, and respectfully requests that the Court allow him to join the motion to dismiss the indictment filed by defendant Karl Prescott as the motion and grounds set out in support thereof pertain to his position in the case and the arguments made therein apply equally to the defendant Vickers.

**Wherefore**, Kevin Vickers requests the Court to allow him to join in the Motion to Dismiss the Indictment with Prejudice.

                                                Respectfully submitted,
                                                Kevin Vickers,
                                                By his attorney,

                                                _____
                                                James J. Cipoletta
                                                BBO# 084260
                                                Citizens Bank Building
                                                385 Broadway, Suite 307
                                                Revere, MA 02151
                                                781.289.7777

Dated: 9 November 2004

## Certificate of Service

I, James J. Cipoletta, attorney for the defendant Kevin Vickers hereby certify that I have served a copy of the foregoing upon the Government and upon the attorney for each party to this action.

_____
James J. Cipoletta

Dated: 9 NOV 2004