## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

                                                       Criminal Action
                                                       No: <u>04-10115-RCL</u>

UNITED STATES

v.

KEVIN VICKERS
Defendant

## NOTICE OF CONFERENCE

LINDSAY, D.J.

     TAKE NOTICE that the above-entitled case has been set for Pretrial Conference at **2:30PM**, on **December 20, 2004,** in Courtroom No. 11, 5th floor.

                                                    By the Court,

                                                    Deputy Clerk

November 17, 2004

To: All Counsel