UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

To the Marshal of the District of Massachusetts, or any of his deputies, and to:

**Superintendent, Suffolk County House of Correction**

YOU ARE COMMANDED to have the body of **Kevin Vickers** now in your custody, before the United States Courthouse, One Courthouse Way, Boston, MA Courtroom No. **11**, on **March 31, 2005** at **2:30PM**, for the purpose of **Plea/Sentencing** in the case of **United States v. Kevin Vickers**
No. **04-10115-RCL**

And you are to retain the body of said **Kevin Vickers** while before said Court upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return the said **Kevin Vickers** to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid. And have you then and there this Writ with your doings herein.

Dated this 30th day of March, 2004.

Tony Anastas

Clerk,

By: /s/ Lisa M. Hourihan