UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| V.             ) | NO. 04-10115-RCL |
| ) | |
| ) | |
| KEVIN VICKERS       ) | |

## NOTICE OF APPEAL

Notice is hereby given that the defendant, Kevin Vickers, hereby appeals to the First Circuit

Court of Appeals from the Final Judgment entered in this case on September 1, 2005

By his attorney

*S/ James J. Cipoletta*

_____

James J. Cipoletta
BBO# 084260
385 Broadway
Revere, MA 02151
781.289.7777

Dated: 7 September 2005

CERTIFICATE OF SERVICE

I, James J. Cipoletta, attorney for the defendant, hereby certify that I have given notice hereof to the Government by electronic filing and my mail to David Tobin, Assistant United States Attorney, 1 Courthouse Way, Boston, MA 02110 on this date.

*S/ James J. Cipoletta*

_____

James J. Cipoletta