## *UNITED STATES DISTRICT COURT*
## *DISTRICT OF MASSACHUSETTS*

USCA Docket Number:

USDC Docket Number : 04-cr-10115

United States of America

v.

Kevin Vickers

### **CLERK'S CERTIFICATE**

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 9/7/05.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on October 14, 2005.

Sarah A. Thornton, Clerk of Court

By: Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 10/14/05.

Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

APPEAL

# United States District Court
# District of Massachusetts (Boston)
# CRIMINAL DOCKET FOR CASE #: 1:04-cr-10115-RCL-ALL

Case title: USA v. Gray et al                Date Filed: 04/08/2004

Assigned to: Judge Reginald
C. Lindsay

## Defendant

**Spencer Gray** (1)                represented by **Thomas J. Ford**
*TERMINATED: 05/02/2005*                141 Tremont Street
                                        Suite 400
                                        Boston, MA 02111
                                        617-542-6082
                                        Email:
                                        TFordAttorney@hotmail.com

                                        *LEAD ATTORNEY*
                                        *ATTORNEY TO BE*
                                        *NOTICED*
                                        *Designation: CJA*
                                        *Appointment*

## Pending Counts                        ## Disposition

21:841(a)(1) -
DISTRIBUTION OF
COCAINE BASE; 21:860(a)
- PLAYGROUND ZONE
VIOLATION; 18:2 -
AIDING AND ABETTING
(2-3)

21:841(a)(1) -

DISTRIBUTION OF
COCAINE BASE; 18:2 -
AIDING AND ABETTING
(4)

21:841(a)(1) -
DISTRIBUTION OF
COCAINE BASE; 21:860(a)
- PLAYGROUND ZONE
VIOLATION; 18:2 -
AIDING AND ABETTING
(5)

21:841(a)(1) -
DISTRIBUTION OF
COCAINE BASE; 18:2 -
AIDING AND ABETTING
(6)

21:841(a)(1) -
DISTRIBUTION OF
COCAINE BASE; 21:860(a)
- PLAYGROUND ZONE
VIOLATION
(7)

## Highest Offense Level
## (Opening)
Felony

## Terminated Counts

21:841(a)(1) Distribution of
Cocaine Base; 21:860(a)
Playground Zone Violation;
18:2 Aiding and Abetting
(2s-3s)

## Disposition

57 months to be served on
each count, concurrent with
each other. Supervised
Release for 6 years on each
count, concurrent with each
other, with Special
Conditions. Total Special
Assessment of $600.00.

21:841(a)(1) Distribution of
Cocaine Base; 18:2 Aiding
and Abetting
(4s)

57 months to be served,
concurrent with Counts 2s
and 3s. Supervised Release
for 6 years, concurrent with
Counts 2s and 3s, with
Special Conditions.

21:841(a)(1) Distribution of
Cocaine Base; 21:860(a)
Playground Zone Violation
18:2 Aiding and Abetting
(5s)

57 months to be served,
concurrent with Counts 2s, 3s
and 4s. Supervised Release
for 6 years, concurrent with
Counts 2s, 3s, and 4s, with
Special Conditions.

21:841(a)(1) Distribution of
Cocaine Base; 18:2 Aiding
and Abetting
(6s)

57 months to be served,
concurrent with Counts 2s,
3s, 4s, and 5s. Supervised
Release for 6 years,
concurrent with Counts 2s,
3s, 4s and 5s, with Special
Conditions.

21:841(a)(1) Distribution of
Cocaine Base; 21:860(a)
Playground Zone Violation
(7s)

57 months to be served,
concurrent with Counts 2s,
3s, 4s, 5s, and 6s. Supervised
Release for 6 years,
concurrent with Counts 2s,
3s, 4s, 5s, and 6s, with
Special Conditions.

**Highest Offense Level
(Terminated)**
Felony

**Complaints**
None

**Disposition**

Assigned to: Judge Reginald

C. Lindsay

## Defendant

**Karl Lawrence Prescott** (2)         represented by **George F. Gormley**
*TERMINATED: 02/22/2005*                655 Summer Street
                                        Boston, MA 02210
                                        617-478-2750
                                        Fax: 617-478-2755
                                        Email: gfgormley@aol.com
                                        *LEAD ATTORNEY*
                                        *ATTORNEY TO BE*
                                        *NOTICED*
                                        *Designation: CJA*
                                        *Appointment*

## Pending Counts

21:841(a)(1) -
DISTRIBUTION OF
COCAINE BASE; 21:860(a)
- PLAYGROUND ZONE
VIOLATION; 18:2 -
AIDING AND ABETTING
(5)

## Disposition

The Court orders the
defendant committed to the
custody of the Bureau of
Prisons for a term of 28
months. Upon release, the
defendant is placed on
supervised release for a term
of 6 years with special
condtions. The Court further
imposes a special assessment
of $100.

## Highest Offense Level
## (Opening)

Felony

## Terminated Counts

None

## Disposition

## Highest Offense Level
## (Terminated)

None

## Complaints                                    ## Disposition

None

---

Assigned to: Judge Reginald
C. Lindsay

## Defendant

**Kevin Vickers** (3)                represented by **James J. Cipoletta**
*TERMINATED: 09/01/2005*                          Citizens Bank Building
*also known as*                                   385 Broadway
Kelvin Vickers (3)                                Suite 307
*TERMINATED: 09/01/2005*                          Revere, MA 02151
                                                  781-289-7777
                                                  Fax: 781-289-9468
                                                  Email:
                                                  jcipoletta@post.harvard.edu
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE*
                                                  *NOTICED*
                                                  *Designation: CJA*
                                                  *Appointment*

## Pending Counts                                ## Disposition

21:(a)(1)DISTRIBUTION OF
COCAINE BASE; 21:860(a)
- PLAYGROUND ZONE
VIOLATION
(1)

                                                  The Court orders the
                                                  defendant committed to the
                                                  custody of the Bureau of

21:841(a)(1) Distribution of Cocaine Base; 21:860(a) Playground Zone Violation (1s)

Prisons for a term of 84 months. Upon release, the defendant is placed on supervised release for a term of 6 years with special conditions. The Court further imposes a special assessment of $200.

21:841(a)(1) - DISTRIBUTION OF COCAINE BASE; 21:860(a) - PLAYGROUND ZONE VIOLATION; 18:2 - AIDING AND ABETTING (2)

21:841(a)(1) Distribution of Cocaine Base; 21:860(a) Playground Zone Violation; 18:2 Aiding and Abetting (2s)

The Court orders the defendant committed to the custody of the Bureau of Prisons for a term of 84 months. Upon release, the defendant is placed on supervised release for a term of 6 years with special conditions. The Court further imposes a special assessment of $200.

## Highest Offense Level (Opening)

Felony

## Terminated Counts

None

## Disposition

## Highest Offense Level (Terminated)

None

## **Complaints**                                    **Disposition**

None

## **Plaintiff**

**USA**                          represented by **Patrick M. Hamilton**
United States Attorney's
Office
John Joseph Moakley Federal
Courthouse
1 Courthouse Way
Suite 9200
Boston, MA 02210
617-748-3251
Fax: 617-748-3965
Email:
patrick.hamilton@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE*
*NOTICED*

**David G. Tobin**
United States Attorneys
Office
1 Courthouse Way
Suite 9200
Boston, MA 02210
617-748-3392
Fax: 617-748-3965
Email:
David.Tobin@usdoj.gov
*ATTORNEY TO BE*
*NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/08/2004 | 1 | SEALED INDICTMENT as to Spencer Gray (1) count(s) 2-3, 4, 5, 6, 7, Karl Lawrence Prescott (2) count(s) 5, Kevin Vickers (3) count(s) 1, 2. (Catino3, Theresa) (Entered: 04/09/2004) |
| 04/08/2004 |  | Arrest Warrant Issued as to Spencer Gray, Karl Lawrence Prescott. (Catino3, Theresa) (Entered: 04/09/2004) |
| 04/08/2004 | 2 | Judge Reginald C. Lindsay : ORDER entered ORDER REFERRING CASE to Magistrate Judge Marianne B. Bowler Reason for referral: FOR PRETRIAL as to Spencer Gray, Karl Lawrence Prescott, Kevin Vickers (Catino3, Theresa) (Entered: 04/09/2004) |
| 04/08/2004 | 3 | MOTION to Seal Case as to Spencer Gray, Karl Lawrence Prescott, Kevin Vickers by USA. (Catino3, Theresa) (Entered: 04/09/2004) |
| 04/08/2004 |  | Judge Marianne B. Bowler : Electronic ORDER entered granting [3] Motion to Seal Case as to Spencer Gray (1), Karl Lawrence Prescott (2), Kevin Vickers (3) (Catino3, Theresa) (Entered: 04/09/2004) |
| 04/14/2004 | 4 | Arrest Warrant Issued as to Kevin Vickers. (Diskes, Sheila) (Entered: 04/14/2004) |
| 04/14/2004 | 15 | Arrest Warrant Returned Executed on 4/22/04. as to Kevin Vickers. (Stanhope, Don) Additional attachment(s) added on 7/19/2005 (Catino3, Theresa). (Entered: 04/27/2004) |
| 04/15/2004 | 5 | MOTION to Unseal Case as to Spencer Gray, Karl Lawrence Prescott, Kevin Vickers by USA. (Smith3, Dianne) (Entered: 04/15/2004) |
| 04/15/2004 |  | Judge Marianne B. Bowler : Endorsement on motion ORDER entered granting [5] Motion to Unseal Case as to Spencer Gray (1), Karl Lawrence Prescott (2), |

| | | |
|---|---|---|
| | | Kevin Vickers (3) (Smith3, Dianne) (Entered: 04/15/2004) |
| 04/15/2004 | ● | electronic Clerk's Notes for proceedings held before Judge Marianne B. Bowler :Initial Appearance as to Spencer Gray, Karl Lawrence Prescott held on 4/15/2004; David Tobin for the Govt.;George Moriarty for Pretrial; Tom Ford for Deft.# 1 and assisting with Deft. #2 for this initial appearance; Defts. informed of the charges, rights and right to counsel;Defts. cannot afford counsel and complete financial affidavit; Court orders appointment of counsel and orders the appointment of attys. Ford and Gormley ( Atty. Gormley before D.J. Gertner); Defts. are sworn and are questioned by the court; Govt. moves for detention and continuance; Detention and arraignment set for April 22, 2004 at 2:30 PM; Defts. remanded to the custody of the U.S. Marshals. (Tape #digital.) (Saccoccio, Dianalynn) (Entered: 04/15/2004) |
| 04/15/2004 | ●6 | Writ of Habeas Corpus ad Prosequendum Issued as to Kevin Vickers for 4/22/04 at 11:30 AM to appear for an Initial Appearance in Courtroom# 25 before Magistrate Judge Marianne B. Bowler (Saccoccio, Dianalynn) (Entered: 04/15/2004) |
| 04/15/2004 | ●7 | CJA 23 Financial Affidavit by Spencer Gray (Saccoccio, Dianalynn) (Entered: 04/16/2004) |
| 04/15/2004 | ●8 | CJA 23 Financial Affidavit by Karl Lawrence Prescott (Saccoccio, Dianalynn) (Entered: 04/16/2004) |
| 04/15/2004 | ●9 | Judge Marianne B. Bowler : ORDER entered CJA 20 as to Kevin Vickers, Karl Lawrence Prescott : Appointment of Attorney George F. Gormley for Karl Lawrence Prescott. (Saccoccio, Dianalynn) (Entered: 04/22/2004) |
| 04/15/2004 | ●10 | Judge Marianne B. Bowler : ORDER entered CJA 20 |

| | | as to Spencer Gray : Appointment of Attorney Thomas J. Ford for Spencer Gray. (Saccoccio, Dianalynn) (Entered: 04/22/2004) |
|---|---|---|
| 04/16/2004 | 16 | Arrest Warrant Returned Executed on 4/15/04. as to Spencer Gray. (Smith3, Dianne) (Entered: 04/28/2004) |
| 04/16/2004 | 17 | Arrest Warrant Returned Executed on 4/15/04. as to Karl Lawrence Prescott. (Smith3, Dianne) (Entered: 04/28/2004) |
| 04/22/2004 | | electronic Clerk's Notes for proceedings held before Judge Marianne B. Bowler :Arraignment as to Kevin Vickers (3) Count 1,2 held on 4/22/2004, Initial Appearance as to Kevin Vickers held on 4/22/2004; Peter Levitt for Patrick Hamilton for the Govt.; George Moriarty for Pretrial; James Cipoletta for the deft.; Deft. informed of charges, rights and right to counsel; Deft. completes financial affidavit and the court orders the appointment of Atty. Cipoletta; Deft. is sworn and questioned by the court;Govt. moves for detention; Court addresses I.A.D. issue as deft. is serving time at Suffolk House of Corrections; Deft. wishes to remain in state custody; Govt. to prepare waiver to have deft. and counsel sign; Deft. waives reading of the indictment in its entirety; Deft. pleads not guilty to all counts; Govt. anticipates 5 witnesses and the length of trial to be 3-4 days; Initial status conference set for June 3, 2004 at 10:15 AM; Deft. remanded to the custody of the U.S. Marshals to be returned to Suffolk House of Corrections. (Tape #digital.) (Saccoccio, Dianalynn) (Entered: 04/22/2004) |
| 04/22/2004 | | electronic Clerk's Notes for proceedings held before Judge Marianne B. Bowler :Arraignment as to Spencer Gray (1) Count 2-3,4,5,6,7 and Karl Lawrence Prescott (2) Count 5 held on 4/22/2004, Detention Hearing as to Spencer Gray, Karl Lawrence Prescott |

| | | |
|---|---|---|
| | | held on 4/22/2004; David Tobin for the Govt.; Tom Ford and George Gormley for the defts.; Tom O'Brien for Pretrial; Govt. calls 1 witness and offers 3 exhibits; Atty. Ford does not cross examine witness; Atty. Gormley cross examines witness; Govt. moves for detention of both defendants; Atty. Ford requests a continuation for argument of detention and the deft. ( Gray) will consent to voluntary detention pending continued hearing; Atty. Gormley moves to have deft. ( Prescott) released to a third party custodian;Court takes matter of detention for deft. under advisement;Defts. waive the reading of the indictment in its entirety; Both defts. plead not guilty; The Govt. anticipates 8-10 witnesses and the approximate length of trial will be 4-5 days; Initial status conference set for June 3, 2004 at 10:15 AM; Defts. remanded to the custody of the U.S. Marshals. (Tape #digital.) (Saccoccio, Dianalynn) (Entered: 04/22/2004) |
| 04/22/2004 | 11 | EXHIBIT/WITNESS LIST by USA, Karl Lawrence Prescott as to Spencer Gray, Karl Lawrence Prescott (Saccoccio, Dianalynn) (Entered: 04/22/2004) |
| 04/22/2004 | 12 | CJA 23 Financial Affidavit by Kevin Vickers (Saccoccio, Dianalynn) (Entered: 04/23/2004) |
| 04/22/2004 | 13 | Judge Marianne B. Bowler : ORDER entered CJA 20 as to Kevin Vickers : Appointment of Attorney James J. Cipoletta for Kevin Vickers. (Saccoccio, Dianalynn) (Entered: 04/23/2004) |
| 04/22/2004 | 14 | Judge Marianne B. Bowler : ORDER entered ORDER OF VOLUNTARY DETENTION as to Spencer Gray (Saccoccio, Dianalynn) (Entered: 04/23/2004) |
| 04/22/2004 | 18 | WAIVER of Rights Under Interstate Agreement on Detainers by Kevin Vickers - (Stanhope, Don) (Entered: 04/29/2004) |
| 05/11/2004 | 20 | Government's MOTION for Protective Order as to |

| | | |
|---|---|---|
| | | Spencer Gray, Karl Lawrence Prescott, Kevin Vickers by USA. (Stanhope, Don) (Entered: 05/14/2004) |
| 05/12/2004 | 19 | Judge Marianne B. Bowler : ORDER entered MEMORANDUM AND ORDER ON GOVERNMENT'S MOTION FOR DETENTION as to Karl Lawrence Prescott (Saccoccio, Dianalynn) (Entered: 05/12/2004) |
| 05/18/2004 | 21 | Defendant, Karl Lawrence Prescott's, MOTION for Review, Revocation or Amendment of the Detention Order of May 12th, 2004. as to Karl Lawrence Prescott . (Stanhope, Don) (Entered: 05/20/2004) |
| 06/01/2004 | ● | Judge Marianne B. Bowler : electronic ORDER entered granting 20 Motion for Protective Order as to Spencer Gray (1), Karl Lawrence Prescott (2), Kevin Vickers (3), there being no opposition. (Bowler, Marianne) (Entered: 06/01/2004) |
| 06/01/2004 | 22 | Judge Marianne B. Bowler : PROTECTIVE ORDER entered as to Spencer Gray, Karl Lawrence Prescott, Kevin Vickers (Saccoccio, Dianalynn) (Entered: 06/07/2004) |
| 06/03/2004 | ● | Electronic Clerk's Notes for proceedings held before Judge Marianne B. Bowler:Initial Status Conference as to Spencer Gray, Karl Lawrence Prescott, Kevin Vickers held on 6/3/2004. Mr. Peabody fills in for Mr. Hamilton. Mr. Gormley stands in for all defense counsel. The defense asks that the audio tapes be sent to the defendants at the prison under the local rules so that they can listen to them. The gov't has no objection and will do so. The final status conference is set for August 2nd, 2004 at 2:30 P.M. The AUSA shall file a motion (at the assent of the defense) to exclude the time from now until the final status conference. (Digital Recording.) (Affsa, Gina) (Entered: 06/03/2004) |
| | | |

| 06/04/2004 | (23) | ASSENTED TO MOTION to Exclude Time Under the Speedy Trial ACT from 6/2/04 to 8/2/04 as to Spencer Gray, Karl Lawrence Prescott, Kevin Vickers by USA. (Stanhope, Don) (Entered: 06/07/2004) |
| 06/14/2004 | ◑ | Judge Marianne B. Bowler : electronic ORDER entered granting 23 Motion to Exclude as to Spencer Gray (1), Karl Lawrence Prescott (2), Kevin Vickers (3) (Bowler, Marianne) (Entered: 06/14/2004) |
| 06/17/2004 | ◑ | Set/Reset Hearings as to Spencer Gray : Detention Hearing set for 6/24/2004 02:45 PM in Courtroom 25 before Magistrate Judge Marianne B. Bowler. Hearing set pursuant to request of counsel for the defendant. (Saccoccio, Dianalynn) (Entered: 06/17/2004) |
| 06/24/2004 | (24) | Judge Marianne B. Bowler : ORDER entered ORDER Setting Conditions of Release as to Spencer Gray (1) 25,000 unsecured bond (Simeone, Maria) (Entered: 06/25/2004) |
| 06/25/2004 | ◑ | electronic Clerk's Notes for proceedings held before Judge Marianne B. Bowler : Detention Hearing as to Spencer Gray held on 6/25/2004;Patrick Hamilton for govt; T. Ford for Deft; deft moves for release on conditions; Govt moves for detention; Court moves to release deft on conditions and $25000 unsecured bond. please see order setting conditions of release for specific conditions. (Court Reporter digital.) (Simeone, Maria) (Entered: 06/25/2004) |
| 08/02/2004 | ◑ | Electronic Clerk's Notes for proceedings held before Judge Marianne B. Bowler :Status Conference as to Spencer Gray, Karl Lawrence Prescott, Kevin Vickers held on 8/2/2004; Patrick Hamilton for the govt.; Thomas Ford, George Gormley and James Cipoletta for the defts.; Parties request additional time; Court sets further status for September 16, 2004 at 2:30 PM; Parties agree to exclude the time from today to September 16, 2004; Govt. to file an assented to |

| | | motion to exclude the time. (Tape #Digital.) (Saccoccio, Dianalynn) (Entered: 08/02/2004) |
|---|---|---|
| 08/03/2004 | 25 | Letter from George F. Gormley as to Karl Lawrence Prescott. (Stanhope, Don) (Entered: 08/04/2004) |
| 08/03/2004 | 26 | Defendant, Karl Lawrence Prescott's MOTION for Review, Revocation or Amendment of the Detention Order of MAy 12th, 2004. as to Karl Lawrence Prescott . (Stanhope, Don) (Entered: 08/04/2004) |
| 08/10/2004 | 27 | Government's Assented to MOTION to Exclude Time as to Kevin Vickers, Spencer Gray, Karl Lawrence Prescott by USA. (Stanhope, Don) (Entered: 08/10/2004) |
| 08/26/2004 | 28 | NOTICE OF ATTORNEY APPEARANCE David G. Tobin appearing for USA. (Tobin, David) (Entered: 08/26/2004) |
| 08/26/2004 | 29 | Government's MOTION for Leave of Court to File Memorandum of Opposition Late. as to Karl Lawrence Prescott by USA. (Attachments: # 1) (Stanhope, Don) (Entered: 08/30/2004) |
| 09/07/2004 | ● | Judge Marianne B. Bowler : electronic ORDER entered granting 27 Motion to Exclude as to Spencer Gray (1), Karl Lawrence Prescott (2), Kevin Vickers (3) (Bowler, Marianne) (Entered: 09/07/2004) |
| 09/14/2004 | ● | Judge Reginald C. Lindsay : Electronic ORDER entered granting 29 Motion for Leave to File Memorandum in Opposition Late as to Karl Lawrence Prescott (2) (Hourihan, Lisa) (Entered: 09/14/2004) |
| 09/14/2004 | 30 | MEMORANDUM in Opposition by USA as to Karl Lawrence Prescott re 26 MOTION for Review, Revocation or amendment of the Detention Order (Hourihan, Lisa) (Entered: 09/14/2004) |
| 09/14/2004 | ● | Judge Reginald C. Lindsay : ORDER entered re 26 Defendant, Karl Lawrence Prescott's MOTION for |

| | | |
|---|---|---|
| | | Review, Revocation or Amendment of the Detention Order of May 12th, 2004 as to Karl Lawrence Prescott. After review of the present motion, the detention order and the papers in favor of and opposing the motion, the court affirms the magistrate judge's order of detention. (Lindsay, Reginald) (Entered: 09/14/2004) |
| 09/14/2004 | ❸ | Judge Reginald C. Lindsay : ORDER entered Motions terminated as to Karl Lawrence Prescott : 21, 26. (Lindsay, Reginald) (Entered: 09/14/2004) |
| 09/16/2004 | ❸ | Electronic Clerk's Notes for proceedings held before Judge Marianne B. Bowler :Status Conference as to Spencer Gray, Karl Lawrence Prescott and Kevin Vickers held on 9/16/2004; David Tobin for the govt.; Thomas Ford, James Cipoletta and Christie Charles for the defts.; Counsel for deft. Gray will draft an order for the court as to a request for a pre-sentencing report from Probation; Parties request additional time; Govt. is amenable to the request; Further status set for November 2, 2004 at 2:30 PM; Parties agree to exclude the time from today to November 2, 2004 and the govt. will file the assented to motion. (Tape #Digital.) (Saccoccio, Dianalynn) (Entered: 09/16/2004) |
| 09/20/2004 | ❸ 31 | Assented to MOTION to Exclude *Time* as to Spencer Gray, Karl Lawrence Prescott, Kevin Vickers by USA. (Tobin, David) (Entered: 09/20/2004) |
| 09/21/2004 | ❸ | Judge Marianne B. Bowler: electronic ORDER entered granting 31 Motion to Exclude as to Spencer Gray (1), Karl Lawrence Prescott (2), Kevin Vickers (3) (Bowler, Marianne) (Entered: 09/21/2004) |
| 09/21/2004 | ❸ 32 | Defendant's MOTION for a Pre-Plea Presentence Report as to Spencer Gray . (Stanhope, Don) (Entered: 09/22/2004) |
| | | |

| 09/28/2004 | 33 | Defendant Karl Prescott's MOTION for a Pre-Plea Presentence Report as to Karl Lawrence Prescott . (Stanhope, Don) (Entered: 09/29/2004) |
|---|---|---|
| 09/30/2004 | 34 | Summons Issued as to Spencer Gray; Initial appearance for supervised release revocation proceedings set for October 6, 2004 at 3:00 PM. (Saccoccio, Dianalynn) (Entered: 10/01/2004) |
| 10/06/2004 | ● | Electronic Clerk's Notes for proceedings held before Judge Marianne B. Bowler: Hearing of violation of pretrial supervised release as to Spencer Gray held on 10/6/2004; David Tobin for the govt.; Thomas Ford for the deft.; Joshua Ulrich for Pretrial Services; The govt. addresses the court concerning the violations as stated in the report from Pretrial Services; Counsel for the deft. also addresses the court as to the violations; The court addresses the deft.; Deft. to remain on pretrial release. (Tape #Digital.) (Saccoccio, Dianalynn) (Entered: 10/07/2004) |
| 10/18/2004 | ● | Mail Returned as Undeliverable. Summons sent to Spencer Gray. (Stanhope, Don) (Entered: 10/22/2004) |
| 10/28/2004 | 35 | SUPERSEDING INDICTMENT as to Spencer Gray (1) count(s) 2s-3s, 4s, 5s, 6s, 7s, Kevin Vickers (3) count(s) 1s, 2s. (Gawlik, Cathy) (Entered: 10/29/2004) |
| 10/29/2004 | 36 | Judge Reginald C. Lindsay : ORDER entered ORDER REFERRING CASE to Magistrate Judge Marianne B. Bowler Reason for referral: Pretrial proceedings re: Superseding Indictment as to Spencer Gray, Karl Lawrence Prescott, Kevin Vickers (Gawlik, Cathy) (Entered: 10/29/2004) |
| 11/01/2004 | ● | Set/Reset Hearings for Spencer Gray, Karl Lawrence Prescott and Kevin Vickers: Arraignment on the superseding indictment is set for 11/2/2004 at 2:30 PM in Courtroom 25 before Magistrate Judge Marianne B. Bowler: Further status conference is set for 11/2/2004 |

| | | |
|---|---|---|
| | | at 2:30 PM in Courtroom 25 before Magistrate Marianne B. Bowler. (Saccoccio, Dianalynn) (Entered: 11/01/2004) |
| 11/01/2004 | 37 | Writ of Habeas Corpus ad Prosequendum Issued for Kevin Vickers for 11/2/2004 (Saccoccio, Dianalynn) (Entered: 11/02/2004) |
| 11/02/2004 | 38 | Assented to MOTION to Exclude *Time* as to Spencer Gray, Karl Lawrence Prescott, Kevin Vickers by USA. (Tobin, David) (Entered: 11/02/2004) |
| 11/02/2004 | ❾ | Electronic Clerk's Notes for proceedings held before Magistrate Judge Marianne B. Bowler:Arraignment and further status conference for Spencer Gray (1) Counts 2s, 3s, 4s, 5s, 6s, 7s, Karl Lawrence Prescott (2) Count 5 and Kevin Vickers (3) Counts 1s and 2s held on 11/2/2004; David Tobin for the govt.; Thomas Ford, George Gormley and James Cipoletta for the defts.; Defts. waive the reading of the indictment in its entirety and plead not guilty to all counts; Counsel for the defts. will file motions to dismiss by 11/10/2004 and ask that the case be returned to the district court; All parties agree to exclude the time from today to 11/10/2004 and the govt. will file an assented to motion; The court will file a final status report forthwith to return the case to the district court.(Tape #Digital.) (Saccoccio, Dianalynn) (Entered: 11/03/2004) |
| 11/03/2004 | ❾ | Judge Marianne B. Bowler: Electronic ORDER entered granting 38 Motion to Exclude as to Spencer Gray(1), Karl Lawrence Prescott(2) and Kevin Vickers (3). (Bowler, Marianne) (Entered: 11/03/2004) |
| 11/03/2004 | 39 | Magistrate Judge Marianne B. Bowler: ORDER entered: REPORT AND ORDER on Final Status Conference for Spencer Gray, Karl Lawrence Prescott and Kevin Vickers (Saccoccio, Dianalynn) (Entered: 11/03/2004) |

| | | |
|---|---|---|
| 11/03/2004 | ● | Judge update in case for Spencer Gray, Karl Lawrence Prescott and Kevin Vickers: Magistrate Judge Marianne B. Bowler no longer assigned to case. (Saccoccio, Dianalynn) (Entered: 11/03/2004) |
| 11/03/2004 | ● | Judge Reginald C. Lindsay : Electronic ORDER entered granting <u>32</u> Motion for a Pre-Plea Presentence Report as to Spencer Gray (1); granting <u>33</u> Motion for a Pre-Plea Presentence Report as to Karl Lawrence Prescott (2) (Hourihan, Lisa) (Entered: 11/03/2004) |
| 11/03/2004 | ● | Set/Reset Deadlines/Hearings as to Spencer Gray, Karl Lawrence Prescott : Status Conference set for 1/25/2005 02:30 PM in Courtroom 11 before Judge Reginald C. Lindsay. (Hourihan, Lisa) (Entered: 11/03/2004) |
| 11/04/2004 | ●40 | Defendant's MOTION to Strike Surplusage from the Superseding Indictment. as to Karl Lawrence Prescott . (Stanhope, Don) (Entered: 11/08/2004) |
| 11/04/2004 | ●41 | MEMORANDUM of LAW in Support of <u>40</u> MOTION to Strike Surplusage from the Superseding Indictment. by Karl Lawrence Prescott (Stanhope, Don) (Entered: 11/08/2004) |
| 11/04/2004 | ●42 | MOTION to Dismiss the Indictment as to Karl Lawrence Prescott . (Stanhope, Don) (Entered: 11/09/2004) |
| 11/10/2004 | ●43 | MOTION to Strike Surplusage from Superceding Indictment. as to Kevin Vickers . (Stanhope, Don) (Entered: 11/12/2004) |
| 11/10/2004 | ●44 | Kevin Vickers' MOTION to Join Karl Prescott's Motion to Dismiss Indictment with Prejudice. as to Kevin Vickers . (Stanhope, Don) (Entered: 11/12/2004) |
| 11/15/2004 | ●45 | First MOTION to Dismiss *Indictment with Prejudice* as to Spencer Gray. (Ford, Thomas) (Entered: |

| | | |
|---|---|---|
| | | 11/15/2004) |
| 11/15/2004 | 46 | First MOTION to Strike *Surplusage from Superseding Indictment* as to Spencer Gray. (Ford, Thomas) (Entered: 11/15/2004) |
| 11/15/2004 | 47 | MEMORANDUM in Support by Spencer Gray re 46 First MOTION to Strike *Surplusage from Superseding Indictment* (Ford, Thomas) (Entered: 11/15/2004) |
| 11/15/2004 | 48 | Assented to MOTION to Modify Conditions of Release as to Spencer Gray. (Ford, Thomas) (Entered: 11/15/2004) |
| 11/17/2004 | 49 | NOTICE OF HEARING as to Kevin Vickers Pretrial Conference set for 12/20/2004 02:30 PM in Courtroom 11 before Judge Reginald C. Lindsay. (Hourihan, Lisa) (Entered: 11/17/2004) |
| 11/22/2004 | | Judge Marianne B. Bowler: Electronic ORDER entered granting 48 Motion to Modify Conditions of Release as to Spencer Gray(1). (Bowler, Marianne) (Entered: 11/22/2004) |
| 12/14/2004 | | Judge Reginald C. Lindsay : Electronic ORDER entered denying 43 Motion to Strike Surplusage From Superceding Indictment as to Kevin Vickers (3) (Stanhope, Don) (Entered: 12/15/2004) |
| 12/14/2004 | | Judge Reginald C. Lindsay : Electronic ORDER entered granting 44 Motion to Join Karl Prescott's Motion to Dismiss Indictment with Prejudice. as to Kevin Vickers (3) (Stanhope, Don) (Entered: 12/15/2004) |
| 12/14/2004 | | Judge Reginald C. Lindsay : Electronic ORDER entered denying 45 Motion to Dismiss the Indictment as to Spencer Gray (1); denying 46 Motion to Strike Surplusage From Superseding Indictment as to Spencer Gray (1) (Stanhope, Don) (Entered: 12/15/2004) |

| 12/20/2004 | ❂ | Judge Reginald C. Lindsay : Electronic ORDER entered denying 40 Motion to Strike as to Karl Lawrence Prescott (2); denying 42 Motion to Dismiss as to Karl Lawrence Prescott (2) (Hourihan, Lisa) (Entered: 12/20/2004) |
| 12/20/2004 | ❂ | Electronic Clerk's Notes for proceedings held before Judge Reginald C. Lindsay :Pretrial Conference as to Kevin Vickers held on 12/20/2004. Defendant requests a pre-plea PSR. Court allow request. Status Conference set for 1/25/2005 02:30 PM in Courtroom 11 before Judge Reginald C. Lindsay. Court excludes all time from 11/3/04 - 1/25/05.(Court Reporter D. Joyce.) (Hourihan, Lisa) (Entered: 12/21/2004) |
| 12/21/2004 | 50 | Assented to MOTION to Exclude *Time* as to Spencer Gray, Karl Lawrence Prescott, Kevin Vickers by USA. (Tobin, David) (Entered: 12/21/2004) |
| 12/21/2004 | ❂ | Judge Reginald C. Lindsay : Electronic ORDER entered granting 50 Motion to Exclude as to Spencer Gray (1), Karl Lawrence Prescott (2), Kevin Vickers (3) (Hourihan, Lisa) (Entered: 12/21/2004) |
| 12/21/2004 | ❂ | Judge Reginald C. Lindsay : ORDER entered ORDER ON EXCLUDABLE DELAY as to Spencer Gray, Karl Lawrence Prescott, Kevin Vickers Time excluded from 11/3/04 until 1/25/05. (Hourihan, Lisa) (Entered: 12/21/2004) |
| 01/25/2005 | ❂ | Electronic Clerk's Notes for proceedings held before Judge Reginald C. Lindsay :Status Conference as to Spencer Gray, Karl Lawrence Prescott, Kevin Vickers held on 1/25/2005. Counsel report that the PSR's are not completed and ask for a short continuance. Further status conference set for 3/8/05 at 2:30PM. (Court Reporter D. Joyce.) (Hourihan, Lisa) (Entered: 01/25/2005) |
| 01/25/2005 | ❂ | Set/Reset Deadlines/Hearings as to Spencer Gray, Karl |

| | | |
|---|---|---|
| | | Lawrence Prescott, Kevin Vickers: Status Conference set for 3/8/2005 02:30 PM in Courtroom 11 before Judge Reginald C. Lindsay. (Hourihan, Lisa) (Entered: 01/25/2005) |
| 01/27/2005 | 51 | MOTION to Exclude *Time* as to Spencer Gray, Karl Lawrence Prescott, Kevin Vickersby USA. (Tobin, David) (Entered: 01/27/2005) |
| 01/31/2005 | | Judge Reginald C. Lindsay : Electronic ORDER entered granting 51 Motion to Exclude as to Spencer Gray (1), Karl Lawrence Prescott (2), Kevin Vickers (3) (Hourihan, Lisa) (Entered: 01/31/2005) |
| 01/31/2005 | | Judge Reginald C. Lindsay : Electronic ORDER entered. ORDER ON EXCLUDABLE DELAY as to Spencer Gray, Karl Lawrence Prescott, Kevin Vickers Time excluded from 1/25/05 until 3/8/05. (Hourihan, Lisa) (Entered: 01/31/2005) |
| 02/01/2005 | | Set/Reset Deadlines/Hearings as to Karl Lawrence Prescott: Plea and Sentence set for 2/7/2005 02:00 PM in Courtroom 11 before Judge Reginald C. Lindsay. (Hourihan, Lisa) (Entered: 02/01/2005) |
| 02/04/2005 | 52 | SENTENCING MEMORANDUM by Karl Lawrence Prescott (Charles, Christie) (Entered: 02/04/2005) |
| 02/07/2005 | | Electronic Clerk's Notes for proceedings held before Judge Reginald C. Lindsay :Change of Plea Hearing as to Karl Lawrence Prescott held on 2/7/2005. Defendant retracts previous plea of not guilty and enters plea of guilty to Count 5 of the Superseding Indictment. Court finds factual basis, the plea is accepted and entered by Karl Lawrence Prescott (2) Guilty Count 5. (Court Reporter D. Joyce.) (Hourihan, Lisa) (Entered: 02/08/2005) |
| 02/07/2005 | | Electronic Clerk's Notes for proceedings held before Judge Reginald C. Lindsay :Sentencing held on 2/7/2005 for Karl Lawrence Prescott (2), Count(s) 5, |

| | | |
|---|---|---|
| | | The Court orders the defendant committed to the custody of the Bureau of Prisons for a term of 28 months. Upon release, the defendant is placed on supervised release for a term of 6 years with special condtions. The Court further imposes a special assessment of $100. (Court Reporter D. Joyce.) (Hourihan, Lisa) (Entered: 02/08/2005) |
| 02/22/2005 | 53 | Judge Reginald C. Lindsay : ORDER entered. JUDGMENT as to Karl Lawrence Prescott (2), Count (s) 5, The Court orders the defendant committed to the custody of the Bureau of Prisons for a term of 28 months. Upon release, the defendant is placed on supervised release for a term of 6 years with special condtions. The Court further imposes a special assessment of $100. (Hourihan, Lisa) (Entered: 02/24/2005) |
| 02/22/2005 | 54 | Judge Reginald C. Lindsay : ORDER entered. STATEMENT OF REASONS as to Karl Lawrence Prescott (Attachments: # 1 # 2) (Hourihan, Lisa) (Entered: 02/24/2005) |
| 03/08/2005 | | Electronic Clerk's Notes for proceedings held before Judge Reginald C. Lindsay :Status Conference as to Spencer Gray, Kevin Vickers held on 3/8/2005. Spencer to enter a change of plea and be sentenced on 3/31/05 at 2:30PM. Further status conference as to Vickers set for 3/31/05 at 2:30PM. All time excluded until 3/31/05. (Court Reporter D. Joyce.) (Hourihan, Lisa) (Entered: 03/09/2005) |
| 03/08/2005 | | Set/Reset Deadlines/Hearings as to Kevin Vickers: Status Conference set for 3/31/2005 02:30 PM in Courtroom 11 before Judge Reginald C. Lindsay. (Hourihan, Lisa) (Entered: 03/09/2005) |
| 03/08/2005 | | Set/Reset Deadlines/Hearings as to Spencer Gray: Plea and Sentence set for 3/31/2005 02:30 PM in Courtroom 11 before Judge Reginald C. Lindsay. |

| | | ANY WRITTEN PLEA AGREEMENT TO BE FILE THREE BUSINESS DAYS BEFORE THE CHANGE OF PLEA HEARING. (Hourihan, Lisa) (Entered: 03/09/2005) |
|---|---|---|
| 03/08/2005 | ◉ | Judge Reginald C. Lindsay : Electronic ORDER entered. ORDER ON EXCLUDABLE DELAY as to Spencer Gray, Kevin Vickers Time excluded from 3/8/05 until 3/31/05. (Hourihan, Lisa) (Entered: 03/09/2005) |
| 03/30/2005 | ◉55 | Writ of Habeas Corpus ad Prosequendum Issued as to Kevin Vickers for 3/31/05 (Hourihan, Lisa) (Entered: 03/31/2005) |
| 03/31/2005 | ◉ | Set/Reset Deadlines/Hearings as to Kevin Vickers: Status Conference reset for 4/6/2005 09:00 AM in Courtroom 11 before Judge Reginald C. Lindsay. (Hourihan, Lisa) (Entered: 03/31/2005) |
| 03/31/2005 | ◉ | Set/Reset Deadlines/Hearings as to Spencer Gray: Change of Plea Hearing reset for 4/4/2005 09:00 AM in Courtroom 11 before Judge Reginald C. Lindsay. Sentencing reset for 4/4/2005 09:00 AM in Courtroom 11 before Judge Reginald C. Lindsay. (Hourihan, Lisa) (Entered: 03/31/2005) |
| 03/31/2005 | ◉ | Set/Reset Deadlines/Hearings as to Spencer Gray: Change of Plea Hearing RESET for 4/6/2005 09:00 AM in Courtroom 11 before Judge Reginald C. Lindsay. Sentencing RESET for 4/6/2005 09:00 AM in Courtroom 11 before Judge Reginald C. Lindsay. (Hourihan, Lisa) (Entered: 03/31/2005) |
| 04/06/2005 | ◉ | Electronic Clerk's Notes for proceedings held before Judge Reginald C. Lindsay :Status Conference as to Kevin Vickers held on 4/6/2005. Plea and sentencing set for 5/18/05 at 2:30PM (Court Reporter D. Joyce.) (Hourihan, Lisa) (Entered: 04/06/2005) |
| 04/06/2005 | ◉ | Set/Reset Deadlines/Hearings as to Kevin Vickers: |

| | | |
|---|---|---|
| | | Plea and Sentence set for 5/18/2005 02:30 PM in Courtroom 11 before Judge Reginald C. Lindsay. (Hourihan, Lisa) (Entered: 04/06/2005) |
| 04/06/2005 | ◑ | Electronic Clerk's Notes for proceedings held before Judge Reginald C. Lindsay :Change of Plea Hearing as to Spencer Gray held on 4/6/2005. Defendant retracts previous plea of not guilty and enters plea of guilty to counts 2s-7s of the Superseding Indictment. Court finds factual basis, the plea is accepted and entered by Spencer Gray (1) Guilty Count 2s-3s,4s,5s,6s,7s. Sentencing set for 4/12/2005 11:30 AM in Courtroom 11 before Judge Reginald C. Lindsay. Defendant remanded to the custody of the US Marshal(Court Reporter D. Joyce.) (Hourihan, Lisa) (Entered: 04/06/2005) |
| 04/06/2005 | ◑56 | Release Status Letter as to Spencer Gray (Stanhope, Don) (Entered: 04/08/2005) |
| 04/12/2005 | ◑ | Electronic Clerk's Notes for proceedings held before Judge Reginald C. Lindsay :Sentencing held on 4/12/2005 for Spencer Gray (1). AUSA Tobin present for the Govt. Atty. Ford present for the deft. Kelly Foster, USPO, present for the Probation Dept. After hearing, Court adopts PSR and finds that the defendant did not meet Criterion 5 of the USSG and therefore the Total Offense Level is 25, with Criminal History Category I. Count(s) 2s-3s, 57 months to be served on each count, concurrent with each other. Supervised Release for 6 years on each count, concurrent with each other, with Special Conditions. Total Special Assessment of $600.00; Count(s) 4s, 57 months to be served, concurrent with Counts 2s and 3s. Supervised Release for 6 years, concurrent with Counts 2s and 3s, with Special Conditions; Count(s) 5s, 57 months to be served, concurrent with Counts 2s, 3s and 4s. Supervised Release for 6 years, concurrent with Counts 2s, 3s, and 4s, with Special Conditions; Count |

| | | |
|---|---|---|
| | | (s) 6s, 57 months to be served, concurrent with Counts 2s, 3s, 4s, and 5s. Supervised Release for 6 years, concurrent with Counts 2s, 3s, 4s and 5s, with Special Conditions; Count(s) 7s, 57 months to be served, concurrent with Counts 2s, 3s, 4s, 5s,and 6s. Supervised Release for 6 years, concurrent with Counts 2s, 3s, 4s, 5s, and 6s, with Special Conditions. Defendant notified of his right to appeal by the Court. Court makes judicial recommendation to the BOP that defendant be allowed to participate in the BOP's 500-hour comprehensive drug treatment program. Adjourn 12:30 P.M. (Court Reporter Debra Joyce.) (Johnson, Mary) . (Entered: 04/13/2005) |
| 04/18/2005 | 57 | Memorandum in Support of Compensation in Excess of Statutory Maximum as to Spencer Gray (Stanhope, Don) (Entered: 04/19/2005) |
| 05/02/2005 | 58 | Judge Reginald C. Lindsay : ORDER entered. JUDGMENT as to Spencer Gray (1), Count(s) 2s,3s 4s, 5s, 6s, and 7s, 57 months to be served on each count, concurrent with each other. Supervised Release for 6 years on each count, concurrent with each other, with Special Conditions. Total Special Assessment of $600.00. (Hourihan, Lisa) Additional attachment(s) added on 7/19/2005 (Catino, Theresa). (Entered: 05/03/2005) |
| 05/02/2005 | 59 | Judge Reginald C. Lindsay : ORDER entered. STATEMENT OF REASONS as to Spencer Gray (Hourihan, Lisa) (Entered: 05/03/2005) |
| 05/17/2005 | 60 | Writ of Habeas Corpus ad Prosequendum Issued as to Kevin Vickers for 5/18/05 (Hourihan, Lisa) (Entered: 05/17/2005) |
| 05/19/2005 | | Set/Reset Hearings as to Kevin Vickers: Plea and Sentence set for 6/28/2005 03:00 PM in Courtroom 11 before Judge Reginald C. Lindsay. (Hourihan, Lisa) (Entered: 05/19/2005) |

| 06/01/2005 | 61 | Judgment Returned Executed as to Karl Lawrence Prescott on 5/10/05. (Nici, Richard) (Entered: 06/02/2005) |
|---|---|---|
| 06/16/2005 | ○ | Set/Reset Hearings as to Kevin Vickers: Change of Plea Hearing set for 8/24/2005 02:30 PM in Courtroom 11 before Judge Reginald C. Lindsay. Sentencing set for 8/24/2005 02:30 PM in Courtroom 11 before Judge Reginald C. Lindsay. (Hourihan, Lisa) (Entered: 06/16/2005) |
| 08/20/2005 | 62 | SENTENCING MEMORANDUM by Kevin Vickers (Cipoletta, James) (Entered: 08/20/2005) |
| 08/22/2005 | 63 | Writ of Habeas Corpus ad Prosequendum Issued as to Kevin Vickers for 8/24/05 (Hourihan, Lisa) (Entered: 08/22/2005) |
| 08/24/2005 | 64 | MOTION to Continue *Sentencing* as to Kevin Vickersby USA. (Tobin, David) (Entered: 08/24/2005) |
| 08/24/2005 | ○ | Electronic Clerk's Notes for proceedings held before Judge Reginald C. Lindsay :Change of Plea Hearing as to Kevin Vickers held on 8/24/2005. Defendant retracts previous plea of not guilty and enters plea of guilty to Counts 1s and 2s of the Superseding Indictment. Court finds factual basis, the plea is accepted and entered by Kevin Vickers (3) Guilty Count 1s,2s. (Court Reporter D. Joyce.) (Hourihan, Lisa) (Entered: 08/24/2005) |
| 08/24/2005 | ○ | Electronic Clerk's Notes for proceedings held before Judge Reginald C. Lindsay :Sentencing held on 8/24/2005 for Kevin Vickers (3), Count(s) 1s, 2s, The Court orders the defendant committed to the custody of the Bureau of Prisons for a term of 84 months. Upon release, the defendant is placed on supervised release for a term of 6 years with special conditions. The Court further imposes a special assessment of $200. (Court Reporter D. Joyce.) (Hourihan, Lisa) |

| | | |
|---|---|---|
| | | (Entered: 09/06/2005) |
| 09/01/2005 | 65 | Judge Reginald C. Lindsay : ORDER entered. JUDGMENT as to Kevin Vickers (3), Count(s) 1s, 2s, The Court orders the defendant committed to the custody of the Bureau of Prisons for a term of 84 months. Upon release, the defendant is placed on supervised release for a term of 6 years with special conditions. The Court further imposes a special assessment of $200. (Hourihan, Lisa) (Entered: 09/06/2005) |
| 09/01/2005 | 66 | Judge Reginald C. Lindsay : ORDER entered. STATEMENT OF REASONS as to Kevin Vickers (Attachments: # 1) (Hourihan, Lisa) (Entered: 09/06/2005) |
| 09/07/2005 | 67 | NOTICE OF APPEAL by Kevin Vickers re 65 Judgment, Filing fee $ 255. Reason fee is not required: Indigent -CJA NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 9/27/2005. (Cipoletta, James) (Entered: 09/07/2005) |