UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
BOSTON

2007 AUG -8 P 12: 11

FILED IN CLERKS OFFICE
US COURT OF APPEALS
FOR THE FIRST CIRCUIT

Kevin Vickers
Petitioner,

v.

United States of America
Respondents.

Criminal Action
#04-10115-RCL.
Honorable Lindsay,
U.S.D.J./D.Mass/Boston.

### Affidavit of Kevin Vickers
### via: FRCP Rule 56(f)

1. I am currently housed at USP Canaan P.O. Box 300 Waymart, PA 18472, Federal ID#25204-038, a federal prisoner in the cutody of the Federal Bureau of Prisons U.S. Dept. of Justice. I am hoping to shed some light on my situation so as I may receive jail credits I know were not computated.

2. On August 27, 2003, on a unrelated gun possession charge I was being held on $5,000 cash bail, it was not posted.

3. On April 22, 2004, I received a Federal Indictment along with a Writ of Habeas Corpus Ad Prosequendum (see attached copy) Criminal #04-10115-RCL., in which no bail was issued. I was back to Suffolk County Jail. (Federal Detainer).

4. On August 5, 2005, I pled guilty in U.S. District Court to 84 months.

5. On September 2, 2005, I pled guilty in Superior Court for gun possession, I was sentenced to 3 years & 1 day. 730 days credit to run concurrent with my Federal Time.

6. On September 2, 2005, I was transfered to Middleton jail holding and then on October 5, 2005, airlifted to my current destignation here at USP Canaan, supra.

Now from my understanding my time should have started running either at my earliest offense date which was 7-8-03, or when I got arraigned April 22, 2004, I am writing this letter in hopes we can get this error looked over & readjust my time commitment computation to reflect accuracy.

       Respectfully Submitted By
       Petitioner/Claimant/Affiant:
       *Kevin Vickers*

| Pro Per In Propria Persona Proceeding Sui Juris | Kevin Vickers 25204-038 USP Canaan P.O. Box 300 Waymart, PA 18472 | Signed under 18 U.S.C. §1623 & 28 U.S.C §1746. |

(2)

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS, or any of his deputies, and to: Superintendent, Suffolk County

YOU ARE COMMANDED to have the body of KEVIN VICKERS now in your custody, before the United States District Court for the District of Massachusetts, 1 Courthouse Way, Boston, MA, Courtroom No. 25, on the 7th floor, on APRIL 22, 2004 at 11:30 A.M, for the purpose of an initial appearance in the case of United States of America v. SPENCER GRAY, ET AL, Criminal Number 04-10115-RCL. And you are to retain the body of said KEVIN VICKERS while before said Court upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said KEVIN VICKERS to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid. And have you then and there this Writ with your doings herein.

Dated this 15th Day of APRIL, 2004.

MARIANNE B. BOWLER
Chief United States Magistrate Judge

TONY ANASTAS, CLERK

SEAL

By: _____
Dianalynn Saccoccio
Deputy Clerk