possible and return the questionnaire to me as soon as possible. **To avoid any potential conflicts of interest, please answer only the questions asked and do not provide additional information about your case at this time.**

Your Name: Kevin Vickers

Ms Lisa Hourihan
U.S District
Clerk of Courts
1 Courthouse Way
Boston MA, 02210

District Court Case No. 04-10115-RCL

Sentencing Judge: Reginald Lindsay

## CRACK AMENDMENT QUESTIONNAIRE

1. Do you want the Federal Public Defender's Office or other appointed counsel to represent you in pursuing re-sentencing based on the crack amendments? If so, please fill out the attached financial affidavit. yes

2. If you remember, please answer:

   a. Did your sentence involve a quantity of crack cocaine? If so, how much? yes  2.0 grams of crack (cocaine base).

   b. What was your Guideline "Offense Level" and Criminal History? offense level 15 criminal history IV

   c. Did the sentencing calculation include any drugs in addition to crack? No

3. What sentence did you receive (total number of months for all counts)? 84 months

4. If the Judge departed downward or upward from your sentencing guideline range or otherwise sentenced you below or above that range, why did he or she do so (if you remember)? I was given a sentence above my guideline range, the reasons are as followed poor work history & minor brushes with the law throughout my adolescent & teenage yrs.

5. Was there a mandatory minimum sentence for drug quantity in your case? No

   a. If so, what was the mandatory minimum sentence? NA

   b. If a mandatory minimum was applicable in your case, did you receive a sentence at, above, or below the mandatory minimum? NA

6. Were you sentenced under the safety valve, U.S.S.G. § 5C1.2 (if you remember)? No

7. Do you have another sentence to serve after you serve your federal drug sentence?

   a. If so, where? No